UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>  Petitioner,<br><br>  v.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>  Respondent. | Case No. 21-cv-01575-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 2, 3, 4, 5, and 6 |

Petitioner Steven Wayne Bonilla, a California prisoner on death row, has filed a pro se federal habeas action. However, he has a pending habeas action in which he challenges the same state court judgment he challenges here. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case. He must bring all of his claims, motions and other requests through counsel in that case, not though a new habeas action. Accordingly, the instant habeas action is DISMISSED.

The application for leave to proceed *in forma pauperis* is GRANTED. (Dkt. No. 3.) All other motions are DENIED. (Dkt. Nos. 2, 3, 4, 5 and 6.)

The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 19, 2021

_____
WILLIAM H. ORRICK
United States District Judge